denying Smith's § 2255 motion was entered on the docket on June 20, 2001, and we construe his August 20, 2001 motion for a certificate of appealability as a timely notice of appeal from that order. *See Smith v. Barry*, 502 U.S. 244, 248, 112 S.Ct. 678, 116 L.Ed.2d 678 (1992). Nonetheless, we have reviewed the record and the district court's opinions and orders denying Smith's § 2255 motion and motion for a certificate of appealability and find no reversible error.

Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Smith*, Nos. CR–98–252; CA–00–3771–AW (D.Md. filed June 19, 2001, entered June 20, 2001; filed Aug. 27, 2001, entered Aug. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Alexander Person, pro se.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Alexander Person, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *Person v. Bryant*, No. CA–01–522 (E.D.N.C. Aug. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Alexander PERSON, Plaintiff–Appellant,

v.

John BRYANT; J. Kornegay; Officer Elliott; North Carolina Department of Correction, Division of Prison, Defendants–Appellees.

No. 01–7563.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 10, 2001.

Alvin J. PATTERSON, Plaintiff–Appellant,

v.

J. CLOW, Medical Worker Department of Corrections; R. Walker, Defendants–Appellees.

No. 01–7571.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 10, 2001.